# United States Court of Appeals
## For the First Circuit

No. 26-8010

IN RE: SUZANNE M. BROWN,

Petitioner.

Before

Gelpí, Montecalvo, and Rikelman,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: March 6, 2026

Petitioner Suzanne Brown seeks interlocutory review of proceedings in the District Court for the District of New Hampshire where she seeks a writ of coram nobis in relation to her past federal criminal convictions. Petitioner also moves for or seeks (including in the alternative) a grant of the writ of coram nobis, reassignment to a different district court judge, appointment of counsel, approval of funds for the hiring of an expert, a stay of proceedings (including in relation to a forthcoming district court hearing), and various other relief.

Petitioner earlier attempted an interlocutory appeal from this same proceeding, which we dismissed. See Appeal No. 25-1289. Petitioner also more recently sought a writ of mandamus from this court, raising very similar arguments, a request we also denied. See Appeal No. 25-2166. We also in both proceedings denied various motions and other requests for relief.

The district court still has not ruled on Petitioner's request for a writ of coram nobis, and Petitioner again makes no showing of her entitlement to interlocutory review or any other relief from this court. Further, as set forth previously, even if we were to construe Petitioner to seek mandamus relief, the standard for mandamus relief is high, see In re Cargill, 66 F.3d 1256, 1260 (1st Cir. 1995) (setting out mandamus standard), and Petitioner's arguments for review also would fail under that standard. We decline to again spell out why there is no basis for interlocutory or mandamus review or why Petitioner's other requests for relief from this court lack merit.

The petition is hereby **DENIED**. To the extent not mooted by the foregoing, all pending motions or other requests for relief also are **DENIED**.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Suzanne M. Brown, David M. Lieberman, Charles L. Rombeau, Georgiana MacDonald